**Order entered March 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01041-CR
No. 05-13-01042-CR
No. 05-13-01043-CR

**ANTHONY HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-53911-V, F12-53671-V, F12-54044-V**

## ORDER

On February 4, 2014, this Court ordered court reporter Donna Hill-Wynkoop to file, within fifteen days, a supplemental record containing State's Exhibit no. 30, a CD. We also ordered the Dallas County District Clerk to file supplemental clerk's records containing the cost bills for the cases. To date, we have not received the supplemental records from either Ms. Hill-Wynkoop or the Dallas County District Clerk.

Accordingly, we **ORDER** court reporter Donna Hill-Wynkoop to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 30, a CD.

We **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, supplemental clerk's records containing detailed itemizations of the costs assessed in

the cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bills shall be signed by the officer who charged the costs or the officer who is entitled to receive payment for the costs.* We further **ORDER** that the supplemental clerk's records include documents explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: the Honorable Lawrence Mitchell, Presiding Judge, 292nd Judicial District Court; Donna Hill-Wynkoop, Deputy Official Court Reporter, 292nd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/ LANA MYERS
JUSTICE